No. 675

### First Circuit

---

## MARTENS v. PENTON

---

(October 8, 1930.  Opinion and Decree.)
(December 1, 1930.  Rehearing Refused.)

---

Rownd & Warner, of Hammond, attorneys for plaintiff, appellee.

Beard & O'Keefe and A. R. Christovich, of New Orleans, and R. D. Magruder, of Amite, attorneys for defendant, appellant.

ELLIOTT, J.  In this case, for the reasons stated in the case entitled Hines Martens v. Martin Penton, No. 2950, page 35 herein, 130 So. 354, it is ordered, adjudged and decreed that the judgment appealed from herein be annulled, avoided and set aside, and the demand of the plaintiff, Hines Martens, for the use and benefit of Harold Martens is now refused and rejected at his cost in both courts.